*Walter B. Mitchell, pro se.*   No appearance for respondents.

No. 747.   KAY *v.* UNITED STATES.   April 17, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit, and motion for leave to proceed further *in forma pauperis,* denied.   *Mr. Frank Serri* for petitioner.   *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Messrs. William W. Barron, M. Joseph Matan,* and *W. Marvin Smith* for the United States.

No. 755.   NORMAN *v.* UNITED STATES.   April 17, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit, and motion for leave to proceed further *in forma pauperis,* denied.   *Mr. L. E. Gwinn* for petitioner.   *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Mr. William W. Barron* for the United States.

No. 843.   WEST *v.* WASHINGTON.   April 17, 1939.   Petition for writ of certiorari to the Supreme Court of Washington, and motion for leave to proceed further *in forma pauperis,* denied.   *Fred Hartzell West, pro se.* No appearance for respondent.

No. 852.   SWAIN *v.* INDIANA.   April 17, 1939.   Petition for writ of certiorari to the Supreme Court of Indiana, and motion for leave to proceed further *in forma pauperis,* denied.   *Mr. Richard E. Westbrooks* for petitioner.   *Mr. Rexell A. Boyd* for respondent.